# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>        Plaintiff,<br><br>   v.<br><br>J. BEARD,  et al.,<br><br>        Defendants. | Case No.  1:15-cv-00987-DAD-BAM-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SCREEN THE COMPLAINT<br><br>(ECF NO.  18) |

Plaintiff Jared M. Villery is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for screening filed on January 20, 2016 (ECF No.18).

On April 8, 2016, an order was entered, directing Plaintiff to either file a first amended complaint, or proceed on the claims found to be cognizable in the original complaint.  Plaintiff's motion for screening is therefore moot.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to screen the complaint filed on January 20, 2016, is DENIED as moot.

IT IS SO ORDERED.

   Dated:    **September 29, 2016**              /s/ *Barbara A. McAuliffe*                
                                                          UNITED STATES MAGISTRATE JUDGE

1