# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00987-DAD-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY<br><br>(ECF No. 46) |

Plaintiff Jared M. Villery is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request for an extension of time for their obligation to respond to Plaintiff's Requests for Admission, Set One, propounded on December 3, 2017. Plaintiff has not yet responded to this motion, but the Court finds no need for a response, and finds no prejudice to Plaintiff in considering this motion. Local Rule 230(l).

Defendants seek an extension until forty-five days after the parties' informal telephonic discovery conference before the Court to respond, arguing that the conference will impact the scope of their obligation to respond.

Defense counsel declares in support that collectively the requests were approximately 264 pages long, and consisted of anywhere from 60 to 102 requests per Defendant, totaling over 1,150 requests. Although the parties have met and conferred, Defendants dispute the amount and substance of the requests, and seek an order extending their time to respond on grounds of economy of time and expense.

1

The Court finds good cause shown to grant the request to relief Defendants of their obligation to respond to the Requests for Admission, Set One, pending the outcome of the informal telephonic conference.

Accordingly, it is HEREBY ORDERED that Defendant's request for an extension of time to respond to discovery is granted. Defendants are relieved of their obligation to respond to Plaintiff's Requests for Admissions Set One, until February 26, 2018.

IT IS SO ORDERED.

Dated: __**December 20, 2017**__         /s/ *Barbara A. McAuliffe* _
                                                                UNITED STATES MAGISTRATE JUDGE