# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00987-DAD-BAM (PC)<br><br>ORDER REGARDING PARTIES' STIPULATED REQUEST TO ALLOW DEFENDANTS TO FILE AN AMENDED ANSWER UNDER FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)<br><br>[ECF No. 54] |

Plaintiff Jared M. Villery is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds against Defendants Kendall, Acosta, Naficy, Jones, Guerrero, Aithal, Seymour, Carrizales, Woodard, Pallares, Hernandez, Fisher, Grimmig, and Miranda for deliberate indifference in violation of the Eighth Amendment, and against Defendants Beard and Kernan for promulgation of a policy to deny single cell housing for inmates with serious mental disorders, in violation of the Eighth Amendment.

Currently before the Court is the parties stipulated request to allow Defendants to file an amended answer pursuant to Federal rule of Civil Procedure 15(a)(2), filed on January 19, 2018. (ECF No. 54.) The parties stipulate that they have met and conferred, and that Defendants have agreed with withdraw or modify certain affirmative defenses asserted in their answer to the first amended complaint. As a result, Plaintiff has agreed not to file a motion to strike affirmative defenses. Defendants have attached a proposed amended answer to the motion. (*Id.* at 4-13.)

1

| | |
|---|---|
| 1 | Generally, a motion for leave to amend is governed by Federal Rule of Civil Procedure Rule 15(a), which establishes a policy favoring amendments to pleadings with "extreme liberality." *Price v. Kramer*, 200 F.3d 1237, 1250 (9th Cir. 2000). Indeed "a court must be guided by the underlying purpose of . . . Rule 15 to facilitate decision on the merits." *Id*. Against this backdrop, a district court determines the propriety of a motion to amend by ascertaining the presence of any of four factors: bad faith, undue delay, prejudice to the opposing party, and/or futility. *Griggs v. Pace Am. Group, Inc.*, 170 F.3d 877, 880 (9th Cir. 1999). |

In this case, reviewing the proposed amended answer, the record, and considering the factors here, the Court finds leave to amend the answer is appropriate to grant. There is no evidence of bad faith; rather, the parties have engaged in good faith negotiations and the purpose of the amended answer is for Defendants to withdraw or modify certain affirmative defenses that they have reconsidered in light of their meet and confer. The request is timely made, as the current deadline for motions or stipulations to amend the pleadings under the discovery and scheduling order (ECF No. 33) is April 3, 2018. There is also no prejudice to Plaintiff here, who has stipulated to the request to amend, nor any futility in the amendment.

For these reasons, Defendants request to amend their answer (ECF No. 54) is HEREBY GRANTED. Defendants shall file their amended answer on or before ten (10) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **January 22, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE