# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00987-DAD-BAM (PC)<br><br>ORDER GRANTING REQUEST TO FILE MEDICAL RECORDS UNDER SEAL<br><br>[ECF No. 79] |

Plaintiff Jared M. Villery is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Kendall, Acosta, Naficy, Jones, Guerrero, Aithal, Seymour, Carrizales, Woodard, Pallares, Hernandez, Fisher, Grimmig, and Miranda for deliberate indifference in violation of the Eighth Amendment, and against Defendants Beard and Kernan for promulgation of a policy to deny single cell housing for inmates with serious mental disorders due to overcrowding, in violation of the Eighth Amendment.

On November 27, 2017, the Court entered a stipulated protective order in this case. (ECF No. 39.) Currently before the Court is Defendants' request to file documents under seal pursuant to the Health Insurance Portability and Accountability Act of 1996 and the stipulated protective order. (ECF No. 79.)

1

Good cause being shown, the Court HEREBY GRANTS Defendants' request, and orders that the following unredacted materials be filed and maintained under seal:

1. Interdisciplinary Progress Note, dated January 13, 2016, to be attached as Exhibit D to Defendants' opposition to Plaintiff's motion for a preliminary injunction; and

2. Interdisciplinary Progress Notes dated June 28, 2013 and August 2, 2013, to be attached as Exhibit E to Defendants' opposition to Plaintiff's motion for a preliminary injunction.

IT IS SO ORDERED.

Dated:   **April 6, 2018**

UNITED STATES MAGISTRATE JUDGE