| | |
|---|---|
| JARED M. VILLERY,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>        Defendant. | No. 1:15-cv-00987-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S EMERGENCY MOTION UNDER THE ALL WRITS ACT<br><br>(Doc. Nos. 57, 58) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Jared M. Villery is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 24, 2018, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's emergency motion for an extraordinary writ under the All Writs Act, 28 U.S.C. § 1651, seeking to prevent his transfer to a different institution of confinement, be denied. (Doc. No. 58.) Plaintiff was directed to file any objections to the findings and recommendations within fourteen days. No objections were filed within the time permitted.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the court has conducted a *de novo* review of plaintiff's request. Having carefully reviewed the entire

/////

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on January 24, 2018 (Doc. No. 58) are adopted in full; and
2. Plaintiff's emergency motion for an extraordinary writ under the All Writs Act, 28 U.S.C. § 1651 (Doc. No. 57) is denied.

IT IS SO ORDERED.

Dated: **April 23, 2018**

UNITED STATES DISTRICT JUDGE