# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>  Defendants. | Case No. 1:15-cv-00987-DAD-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 165)<br><br>**FOURTEEN (14) DAY DEADLINE** |

  Plaintiff Jared M. Villery ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds against Defendants Kendall, Acosta, Jones, Guerrero, Woodard,[1] and Grimmig for deliberate indifference in violation of the Eighth Amendment, and against Defendants Allison[2] for promulgation of a policy to deny single cell housing for inmates with serious mental disorders in violation of the Eighth Amendment. Plaintiff's claims arise out of allegations that he developed Post-Traumatic

---

[1] Erroneously sued as "Woodward."

[2] Effective October 1, 2020, Secretary Allison has assumed the position of Secretary of the California Department of Corrections and Rehabilitation ("CDCR"). Under Federal Rule of Civil Procedure 25(d), Secretary Allison should be substituted for former Secretaries Beard and Kernan with respect to Plaintiff's claim for a violation of his rights based on a policy promulgated in the Secretary's official capacity.

1

Stress Disorder ("PTSD") while in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff claims that at multiple institutions and over several years, his PTSD was not properly considered by prison officials in determining his housing status.

On December 15, 2020, the Court issued an order extending the deadline for the completion of all discovery, including filing all motions to compel discovery, to June 11, 2021. (ECF No. 154.)

Currently before the Court is Plaintiff's motion to modify the discovery and scheduling order, dated June 11, 2021 and filed with the Court June 17, 2021. (ECF No. 165.) In his motion, Plaintiff requests that the Court extend the current deadline for the filing of any motions to compel up to and including August 11, 2021. (*Id.*) Defendants have not filed a response.

The Court finds it appropriate to obtain a response from Defendants regarding the motion. Accordingly, Defendants shall file a response to Plaintiff's motion within **fourteen (14) days** from the date of service of this order. Plaintiff's reply, if any, is due within **seven (7) days** from the date of service of Defendants' response.

IT IS SO ORDERED.

Dated: **July 12, 2021**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE